UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Anthony Caliri,<br><br>      Plaintiff,<br>v.<br><br>Law Office of Gary H. Kreppel, P.C.,<br><br>      Defendant. | Civil Action No.: 1:10-cv-10628-MLW |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 11, 2010

                 Respectfully submitted,

                 PLAINTIFF, Anthony Caliri

                 /s/ Sergei Lemberg

                 Sergei Lemberg, Esq.
                 Bar No.: 650671
                 **LEMBERG & ASSOCIATES L.L.C.**
                 1100 Summer Street, 3rd Floor
                 Stamford, CT 06905
                 Telephone: (203) 653-2250
                 Facsimile: (877) 795-3666
                 slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By:  /s/ Sergei Lemberg
                                                  Sergei Lemberg. Esq.